917 A.2d 782

HONEYWELL INTERNATIONAL INC., PLAINTIFF–RESPON-DENT, v. TRAVELERS CASUALTY AND SURETY COM-PANY, ET AL., DEFENDANTS–MOVANTS.

February 23, 2007.

ORDERED that the motion for leave to appeal is granted.